UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LINDA MAE ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:14-cv-00038 |
| v. | ) | |
| | ) | Judge Sharp |
| MICHAEL ROBERTSON, | ) | Magistrate Judge Holmes |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Linda Mae Roberts filed this lawsuit pursuant to 42 U.S.C. § 1983 alleging violations of her Fourth Amendment rights. More specifically, she alleges that Defendant Trooper Michael Robertson's conduct during a traffic stop violated her right against unreasonable search and seizure, in addition to alleging certain common law claims.

Although Ms. Roberts had representation at the commencement of this litigation, the Court allowed her counsel to withdraw when Plaintiff was nonresponsive to her counsel's efforts to reach her. Ms. Roberts has not participated in the litigation since her counsel withdrew. She did not comply with the Court's Order to either retain alternate counsel or notify the Court if she intended to proceed pro se. (Docket No. 17). Plaintiff also failed to respond to Defendant's Motion for Summary Judgment. (Docket No. 23).

Magistrate Judge Holmes has issued a Report and Recommendation ("R & R") (Docket No. 35) in which she recommends that this case be dismissed with prejudice. Despite being advised that any objection needed to be filed within fourteen days, Plaintiff has filed none. Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Court hereby rules as follows:

1) The Report and Recommendation (Docket No. 35) is ACCEPTED and APPROVED;

2) Defendant's Motion for Summary Judgment is TERMINATED AS MOOT; and

3) This case is DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE